UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pichardo Sosa,

                    Petitioner,

        v.

Warden of Orange County Corrections,

                    Respondent.

26-CV-2304 (DEH)

ORDER

DALE E. HO, United States District Judge:

On April 10, 2026, this Court granted Petitioner's Application to Appoint Counsel, ECF No. 15, and directed the Clerk of Court to attempt to locate pro bono counsel to appear on behalf of Petitioner. ECF No. 16. On May 6, 2026, pro bono counsel filed notices of appearance on the docket. ECF Nos. 20-24. By **May 22, 2026**, Petitioner shall file a Reply to Respondent's opposition briefing filed on March 27, 2026, ECF Nos. 9-11. Respondent may file a surreply by **5:00 P.M.** on **May 27, 2026**. A hearing in this matter is scheduled for **June 1, 2026** at **11:00 A.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Respondent is **ORDERED** to facilitate Petitioner's presence at that hearing.

SO ORDERED.

Dated: May 8, 2026
       New York, New York

_____
        DALE E. HO
United States District Judge