**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

May 12, 2026

**By ECF**
The Honorable Dale Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED.** The hearing in this matter is rescheduled to **June 8, 2026** at **11 A.M.** All other aspects of the Court's May 8, 2026 Order, ECF No. 25 remain operative. The Clerk of Court is respectfully directed to terminate ECF No. 26.

SO ORDERED.

Dated: May 13, 2026
New York, New York

Dale E. Ho
United States District Judge

Re:    ***Pichardo Sosa v. Warden of Orange County Corrections***, 26 Civ. 2304 (DEH)

Dear Judge Ho:

This Office represents the government in the above-referenced action. On May 8, 2026, the Court scheduled a hearing on the petition for June 1, 2026. ECF No. 25. I write respectfully to request that the Court adjourn the hearing until another date mutually convenient for the parties and the Court. I make this request due to a conflict in my schedule, namely, I have another previously-scheduled court appearance on the same day at Monticello Village Court, and will not have sufficient time to travel back to the U.S. District Court in Manhattan. This is the first request for an adjournment in this case, and petitioner's counsel consents to this request. The parties have conferred and note that they are available on the following dates: June 8, 2026, June 11, 2026, and June 12, 2026.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ *Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.    (212) 637-2696

cc:    Victor Hou (by ECF)
*Counsel for Petitioner*