UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pichardo Sosa,

                          Petitioner,

             v.

Warden of Orange County Corrections,

                          Respondent.

26-CV-2304 (DEH)

ORDER

DALE E. HO, United States District Judge:

        Pursuant to the oral ruling issued at the hearing held today, June 8, 2026, the Petition for

Writ of Habeas Corpus is **GRANTED**.  Petitioner shall be released from detention no later than

today, **June 8, 2026**.  Respondent shall file a letter on the docket by **June 8, 2026** confirming

compliance with this order.  A full written opinion will follow.

SO ORDERED.

Dated: June 8, 2026
        New York, New York

_____
            DALE E. HO
    United States District Judge