**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PICHARDO SOSA,

                         Petitioner,                   26 **CIVIL** 2304 (DEH)

        -against-                                     **JUDGMENT**

WARDEN OF ORANGE COUNTY
CORRECTIONS,

                         Respondent.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 23, 2026, Petitioner's petition for writ of

habeas corpus is GRANTED. Counsel for petitioner may file an application for attorney's fees

and costs pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2412 within the time provided by the Local

Rules. Judgment is entered in Petitioner's favor pursuant to F.R.C.P. 58.

**DATED:** New York, New York
          June 24, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                      **Clerk of Court**

          **BY:**         K. mango
                                  _____
                                      **Deputy Clerk**